JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation, | CASE NO.: SACV11-01565 AG (MLGx) |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| EDWARD RODRIGUEZ, an individual and dba SALON MARTINEZ, and Does 1-10, Inclusive, | |
| Defendants | Complaint Filed:  October 11, 2011 Trial Date: May 14, 2013 |
| AND RELATED COUNTERCLAIM | |

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 25, 2012

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1